UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YASEEN TRAYNOR ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

v.

IFIXIT,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 19-cv-02115-AT

**<u>NOTICE OF SETTLEMENT</u>**

    Now comes the Defendant IFIXIT by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

    1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

    2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated: May 23, 2019

                            <u>/s/ Ryan T. Benson</u>
                            Ryan T. Benson
                            O'Hagan Meyer LLC
                            One East Wacker Drive, Suite 3400
                            Chicago, Illinois  60601
                            <u>rbenson@ohaganmeyer.com</u>

                            Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 23, 2019, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

STEIN SAKS, PLLC
Dov Mittelman, Esq.
Mittelmandov@yahoo.com
285 Passaic Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501

<u>/s/ Ryan T. Benson</u>
Ryan T. Benson, Admitted *Pro Hac Vice*
ARDC No. 6312338
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
312.422.6100 –T 312.422.6110 – F
rbenson@ohaganmeyer.com